SPC/da



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 00 384·KD |
| v. | * | USAO NO: 07R00255 |
| | * | |
| OMAR SHAFIK HAMMAMI | * | VIOLATION: |
| | * | 18 USC § 2339A |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning in or about November 2005, and continuing through the present, the defendant,

**OMAR SHAFIK HAMMAMI,**

whose last known residence was the Southern District of Alabama, did provide and attempt to provide material support and resources, to wit, personnel in the form of himself, knowing and intending that the provision of such support or resources would be used in preparation for or in carrying out a violation of 18 U.S.C. 2332a(b).

In violation of Section 2339A of Title 18 of the United States Code.

A TRUE BILL

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

*/s/ Sean P. Costello*
Sean P. Costello
Assistant U.S. Attorney


*/s/ Maria E. Murphy for*
Gregory A. Bordenkircher
First Assistant U.S. Attorney
Chief, Criminal Division                             NOVEMBER 2007