

FILED IN OPEN COURT

SEP 2 4 2009

CHARLES R. DIARD, JR.
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 07-00384-KD** |
| **v.** | * | **USAO NO: 07R00255** |
| | * | |
| **OMAR SHAFIK HAMMAMI** | * | **VIOLATIONS:** |
| aka Abu Mansour al-Amriki | * | 18 USC § 2339A |
| aka Farouk | * | 18 USC § 2339B(a)(1) |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

Beginning in or about November 2006, and continuing through on or about the date of the return of this Superseding Indictment, the defendant,

### OMAR SHAFIK HAMMAMI,
### aka Abu Mansour al-Amriki
### aka Farouk

whose last known residence was the Southern District of Alabama, did provide and attempt to provide material support and resources, to-wit, services and personnel, including himself, knowing and intending that the provision of such support or resources would be used in preparation for or in carrying out a violation of 18 U.S.C. § 2332a(b).

In violation of Title 18, United States Code, Section 2339A.

### COUNT TWO

From on or about February 26, 2008, and continuing through on or about the date of the return of this Superseding Indictment, the defendant,

**OMAR SHAFIK HAMMAMI,**
**aka Abu Mansour al-Amriki**
**aka Farouk**

whose last known residence was the Southern District of Alabama, knowingly conspired with

others, unindicted herein, whose names are both known and unknown to the Grand Jury, to

provide material support and resources, as that term is defined in Title 18, United States Code,

Section 2339A(b)(1), to-wit, services and personnel, including himself, to a foreign terrorist

organization, namely al-Shabaab, which was designated by the Secretary of State as a foreign

terrorist organization on February 26, 2008, pursuant to Section 219 of the Immigration and

Nationality Act, and has remained so designated through and including the present time.

In violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT THREE

From on or about February 26, 2008, and continuing through on or about the date of the

return of this Superseding Indictment, the defendant,

**OMAR SHAFIK HAMMAMI,**
**aka Abu Mansour al-Amriki**
**aka Farouk**

whose last known residence was the Southern District of Alabama, knowingly provided and

attempted to provide material support and resources, as that term is defined in Title 18, United

States Code, Section 2339A(b)(1), to-wit, services and personnel, including himself, to a foreign

terrorist organization, namely al-Shabaab, which was designated by the Secretary of State as a

foreign terrorist organization on February 26, 2008, pursuant to Section 219 of the Immigration

and Nationality Act, and has remained so designated through and including the present time.

In violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL

_____

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

EUGENE A. SEIDEL
ACTING UNITED STATES ATTORNEY
by:

Sean P. Costello
Assistant U.S. Attorney

Maria E. Murphy                    SEPTEMBER 2009
Chief, Criminal Division

3